WILMINGTON PARTNERS L.P., WILMINGTON MANAGEMENT CORP., TAX MATTERS PARTNER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
Wilmington Partners L.P. v. Comm'r
Docket No. 15098-06
United States Tax Court
2010 U.S. Tax Ct. LEXIS 59; 2012-2 U.S. Tax Cas. (CCH) P50,557; July 19, 2010, Decided
Wilmington Partners, L.P. v. Comm'r, 2010 U.S. Tax Ct. LEXIS 56 (T.C., May 28, 2010)
*59 For Petitioner: Roger J. Jones, McDermott,Will & Emery,LLP, Chicago, IL.
For Respondent: Daniel Allen Rosen, New York, NY.
Diane L. Kroupa, Judge.
Diane L. Kroupa
ORDER
We issued an Order and Decision in this TEFRA-level partnership proceeding on May 28, 2010.
Respondent filed a Motion to Vacate Decision on June 24, 2010 and petitioner filed an Objection to respondent's motion on July 14, 2010 . Respondent's motion never addresses the Court's dispositive finding that respondent failed to satisfy his burden under the Show Cause Order . Respondent also fails to establish any unusual circumstances or substantial error . The Court stands by its decision.
Upon due consideration and for cause, it is
ORDERED that respondent's Motion to Vacate Decision is denied.
(Signed) Diane L. Kroupa
Judge
Dated: Washington, D.C.
July 19, 2010